ORIGINAL

Hood / SDP

80592

**3**



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

D-1 SHERMAN JACKSON,

    Defendant.

CRIMINAL NO.

HON.

VIO: 18 U.S.C. §922(g)

**04 - 80592**

DENISE PAGE HOOD

MAGISTRATE JUDGE PEPE

'04 JUL -6 P3 37  FILED

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. §922(g)(1) - Felon in Possession of Firearms)

D-1   SHERMAN JACKSON

On or about May 25, 2004, in the City of Detroit, in the Eastern District of Michigan, Southern Division, the defendant, SHERMAN JACKSON, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year (a felony offense), did knowingly possess firearms and ammunition, to wit: a Springfield, model 944, series A, .410 shotgun; a New England Firearms, model SB1, 12 gauge shotgun, a Volunteer Enterprises Inc., model Commando Mark 45 rifle (Long Gun), a High Point, model 995, 9mm rifle (Long Gun), and an Encom America, model MP9, 9mm pistol with a defaced serial number; and ammunition, all of which were manufactured outside the

State of Michigan, and thus traveled in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

THIS IS A TRUE BILL.

_____
FOREPERSON

Dated: 7-6-04

JEFFERY G. COLLINS
United States Attorney

SHELDON N. LIGHT
Assistant U.S. Attorney
Chief, General Crimes Unit

SAIMA S. MOHSIN
Assistant U.S. Attorney

# Criminal Case Cover Sheet

04-80592

**United States District Court**
**Eastern District of Michigan**

Case Number

ORIGINAL

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

DENISE PAGE HOOD
MAGISTRATE JUDGE PEPE

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ( ) Yes     (x) No | AUSA's Initials: SSM |

**Case Title:** USA v. D-1 SHERMAN JACKSON

County where offense occurred : _____ WAYNE _____

**Check One:** (x) Felony     ( ) Misdemeanor     ( ) Petty

- [x] Indictment____/Information____ **no prior complaint**.
- [ ] Indictment____/Information____ based upon prior complaint [Case number:_____]
- [ ] Indictment____/Information____ based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information:

**Superseding to Case No:** _____ **Judge:** _____

- [ ] Original case was terminated; no additional charges or defendants.
- [ ] Corrects errors; no additional charges or defendants.
- [ ] Involves, for plea purposes, different charges or adds counts.
- [ ] Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** |
|---|---|
| | |

7/6/04
Date

*signature*
Assistant United States Attorney

SAIMA S. MOHSIN

313-226-9163
Phone Number

---

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99