AO245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Judgment-Page 2 of 5

DEFENDANT: Sherman Jackson
CASE NUMBER: 04CR80592-0

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **12 Months and 1 Day.**

The court makes the following recommendations to the Bureau of Prisons: **The Court recommends Comprehensive Drug Treatment Program.**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on 1/06/05.

## RETURN OF JUDGMENT & COMMITMENT



**EXECUTE & RETURN JUDGMENT TO USMS E/MI, DETROIT**

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a _____, with a certified copy of this judgment.

Defendant self surrendered to FCI Morgantown on 1-6-06.

D/post Dominic A. Gutierrez Sr. Warden

ISO /fh

_____
United States Marshal

_____
Deputy United States Marshal